RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JOHNS,<br><br>　　　　　Defendant. | 2:12-cr-45-KJD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HARING**<br><br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Amber Craig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for Michael Johns, that the sentencing hearing currently scheduled for, August 22, 2012 at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this Court but no earlier than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of the jurisdiction at a conference on the currently scheduled sentencing date.

　　　　2.　　Additionally, the parties are meeting and conferring regarding sentencing issues. The parties require additional time to continue to work to resolve these issues.

　　　　3.　　The defendant is incarcerated and agrees to the continuance in this matter.

1

4. The additional time requested herein is not sought for purposes of delay, but merely to allow sufficient time for the district court case to proceed.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

6. This is the third stipulation to continue filed herein.

DATED this 13th day of August, 2012.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States of Attorney |
| */s/ Raquel Lazo*<br>By: _____<br>RAQUEL LAZO,<br>Assistant Federal Public Defender | */s/ Amber Craig*<br>By: _____<br>AMBER CRAIG,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JOHNS,<br><br>　　　　　Defendant. | 2:12-cr-45-KJD-CWH<br><br>**ORDER** |

　　　　　IT IS THEREFORE ORDERED, that the sentencing hearing currently scheduled for August 22, 2012 at the hour of 9:00 a.m., be vacated and continued to October 10, 2012, Courtroom 6D.


　　　　DATED  14th  day of August, 2012.


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3